UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. MJ21-310 |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | DETENTION ORDER |
| | **)** | |
| RICKY CHAVEZ HERNANDEZ | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

   1.  Conspiracy to Distribute Fentanyl

Date of Detention Hearing:   June 2, 2021.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.     Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01    is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02    both dangerousness and flight risk, under 18 U.S.C. § 3142(e).   Defendant has a lengthy

03    criminal record including convictions for possession of a controlled substance, second degree

04    assault, and unlawful possession of a firearm. He is currently charged with Conspiracy to

05    Distribute Fentanyl with records indicating that this alleged offense occurred while he was on

06    bond from a King County matter involving the above drug and gun charges.

07        2.      Defendant poses a risk of flight based on the 48 bench warrants issued for his

08    repeated history of failure to appear.   He has an extensive history of noncompliance and

09    criminal activity while under supervision and pretrial release.   Defendant also has a history of

10    mental health issues and substance abuse.   Defendant is a danger to the community because of

11    his reoccurring history of similar criminal conduct and background of noncompliance and

12    charges of criminal activity while under supervision.   Defendant allegedly committed the

13    current offense while on bond in another matter.

14        3.      There does not appear to be any condition or combination of conditions that will

15    reasonably assure the defendant's appearance at future Court hearings while addressing the

16    danger to other persons or the community.

17    It is therefore ORDERED:

18    1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

19        General for confinement in a correction facility separate, to the extent practicable, from

20        persons awaiting or serving sentences or being held in custody pending appeal;

21    2. Defendant shall be afforded reasonable opportunity for private consultation with

22        counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 3rd day of June, 2021.


_____
S. KATE VAUGHAN
United States Magistrate Judge